JOHN F. SLATER, Appellant, *v.* LOUISE H. GRANNEMANN, Individually and as Administratrix of the Estate of CHRISTIAN GRANNEMANN, Deceased, et al., Defendants, and CHARLES F. VEEDER, as Special Guardian of ANNA M. GRANNEMANN et al., and ANNA M. GRANNEMANN et al., Respondents.

*Slater* v. *Grannemann*, 130 App. Div. 892, affirmed.
(Argued October 17, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

January 7, 1909, affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury in an action to set aside a deed of real property and for an accounting.

*Henry E. Miller* for appellant.

*A. J. Dillingham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.